UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
United States,                      :
                                    :
                                    :   09-CR-01244 (BSJ)
            v.                      :
                                    :   Order
Harouna Toure,                      :
                                    :
------------------------------------x

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

After consideration of the testimony by Defendant, Harouna Toure, at a Fatico hearing held this morning the Court appoints Bobbi C. Sternheim, Esq. as additional CJA counsel for Defendant, Harouna Toure.

Counsel for Defendant and the Government shall have until October 9, 2012 to make submissions with respect to the hearing.

SO ORDERED:

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         September 25, 2012

1