**Criminal Memo to the Docket Clerk**

---------------------------------------------------X
:
UNITED STATES OF AMERICA        :
:
– VS –                :          2009cr 01244 -02 ( BSJ )
:
Harouna Torre           :
:
---------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/27/2012

**FOR THE GOVERNMENT :**
**Christian R. Everdell**
**Edward Young Kyu Kim**
Jeffery Brown
U.S. Attorney's Office, SDNY (St Andw's)
One St. Andrew's Plaza
New York, NY 10007
Tel : (212)637-2200
christian.everdell@usdoj.gov

**FOR THE DEFENDANT :** Harouna Torre
**Bobbi C Sternheim**
Law Offices of Bobbi C. Sternheim
33 West 19th Street- 4th Fl.
New York, NY 10007
Tel : (212) 243-1100
Fax : (888) 587-4737
bc@sternheimlaw.com
******************************************************************

09 / 26 / 12        APPOINTMENT OF COUNSEL        2009cr 01244 -02 ( BSJ )

The Court Orders the appointment of CJA counsel Bobbi Sternheim as advisory counsel in the above case.

SO ORDERED :
New York, New York
September 26, 2012

_____
Barbara S. Jones   U.S.D.J.